FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAY 09 2011

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS HEALTH AND SECURITY FUND; PLUMBERS AND PIPEFITTERS LOCAL UNION 192; and PLUMBERS AND PIPEFITTERS LOCAL 192 JATC,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN MECHANICAL SERVICE, INC., a Wyoming corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 11-CV-24-F |

### CLERK'S AMENDED DEFAULT JUDGMENT

In this action the Defendant, Western Mechanical Service, Inc., was regularly served with the Summons and Complaint, and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default has been duly entered according to law. Upon the application of Plaintiff, judgment is hereby entered against Defendant in accordance with the prayer of the Complaint.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED, that the Plaintiff shall have and recover from Defendant the sum of $41,205.89, liquidated damages in the amount of $4,944.69, prejudgment interest at 6% in the amount of $3,348.25, attorneys' fees and court costs in the amount of $2,105.94, plus audit fees of $5,492.09, for a total of $57,096.26, plus post-judgment interest according to law.

Dated this  9th  day of May, 2011.

STEPHAN HARRIS, CLERK

Deputy Clerk